ACCEPTED
03-14-00375-CV
6671000
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 6:03:02 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00375-CV

# In the
# Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 6:03:02 PM
JEFFREY D. KYLE
Clerk

———————

AUSPRO ENTERPRISES, LP,

*Appellant*,

v.

TEXAS DEPARTMENT OF TRANSPORTATION,

*Appellee*.

———————

On Appeal from the 345th Judicial District Court of
Travis County, Texas

———————

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL REPLY ON *REED v. TOWN OF GILBERT***

———————

Meredith B. Parenti
State Bar No. 00797202
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com
*Counsel for Appellant*
*AusPro Enterprises, LP*

## IDENTITIES OF PARTIES AND COUNSEL

The following is a complete list of the parties, attorneys, and any other person who has any interest in the outcome of this appeal.

**Defandant/Appellant:**

AusPro Enterprises, LP

**Counsel for Defendant/Appellant:**

Meredith B. Parenti
State Bar No. 00797202
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com

**Plaintiff/Appellee:**

Texas Department of Transportation

**Counsel for Plaintiff/Appellee:**

Douglas Geyser
Assistant Solicitor General
Matthew Bohuslav
Assistant Attorney General, Transportation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
[Tel] (512) 936-2540
[Fax] (512) 472-3855
douglas.geyser@texasattorneygeneral.gov
matthew.bohuslav@texasattorneygeneral.gov

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant AusPro Enterprises, LP files this unopposed motion for a 30-day extension of time in which to file Appellant's Supplemental Reply on *Reed v. Town of Gilbert*, which is currently due on September 8, 2015. Counsel for Appellant has several upcoming deadlines in other cases, including responses and reply briefing in *Grupo Mexico, S.A.B. de C.V. v. SAS Asset Recovery, Ltd.*, Misc. Action No. 3-14 MC-073-G-BH, in the United States District Court for the Northern District of Texas and No. 15-10300, in the United States Court of Appeals for the Fifth Circuit; response briefing in *Martin v. Andrews Kurth LLP*, No. 2013-61098, in the District Court of Harris County, Texas; and an amicus brief in *Fisher v. University of Texas*, No. 14-981, in the Supreme Court of the United States. As a result, counsel needs additional time to prepare AusPro's supplemental reply addressing the impact of the Supreme Court's decision in *Reed* on this case.

Appellant has not requested any previous extensions of time to file the supplemental reply. The Court granted three previous requests for extension of time to file AusPro's opening brief. Appellee Texas Department of Transportation does not oppose this request for an extension. This extension is not sought for delay, and no party will be prejudiced if it is granted. With

a 30-day extension, Appellant's supplemental reply would be due on October 8, 2015.

## PRAYER

For the above reasons, Appellant respectfully requests a 30-day extension of time to file its supplemental reply on *Reed*.

Respectfully submitted,

*/s/ Meredith B. Parenti*
Meredith B. Parenti
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
Tel: (281) 224-5848
Fax: (281) 605-5677
meredith@parentilaw.com
**Counsel for Appellant**
**AusPro Enterprises, LP**

**CERTIFICATE OF CONFERENCE**

I certify that on August 26, 2015, I conferred with counsel for Appellee, who represented that Appellee does not oppose this motion.

*/s/ Meredith B. Parenti*
Meredith B. Parenti

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2015, I served by a copy of this Motion on the following party via email and through the Court's electronic filing system:

Douglas Geyser
Assistant Solicitor General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Counsel for Appellee Texas Department of Transportation*

*/s/ Meredith B. Parenti*
Meredith B. Parenti